# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

NOV 21 2007

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505) 528-1425

**TO COUNSEL OR PRO SE LITIGANT:**

Re:   Case No. __CIV-07-1186         ACT WPL__

The above numbered case has been randomly selected and administratively assigned to United States Magistrate Judge _____**Alan C. Torgerson**_____ to conduct all proceedings, including the ultimate trial if necessary. Because of the dramatic increase in the number of criminal cases in recent years, District Judges have had to give priority to the criminal docket as required by law. Under these circumstances, your case can experience a significant delay, which can result in cost increases, before it can be tried before a District Judge. Congressional enactment of the Civil Justice Reform Act has required the Court to give increased attention to addressing the costs and delays in resolving civil disputes. The Judicial Conference of the United States has encouraged the designation of Magistrate Judges to conduct all proceedings in civil cases, both jury and non-jury.

Trial before a Magistrate Judge, in addition to an earlier trial date, will also enable the Court to give counsel and the parties a special setting. Appeal from a judgment entered by a Magistrate Judge in these consent cases will be to the Court of Appeals for the Tenth Circuit.

**It is the responsibility of the case filer to serve, with summons and complaint, a copy of the Consent form upon all parties.** The Consent form will be provided by the Clerk at the time the case is filed. *Pursuant to the Order of the Court, counsel is required to electronically file and Pro Se parties are required to return the attached Consent form to the Clerk's Office within twenty (20) days of service.*

MATTHEW J DYKMAN
CLERK OF COURT