# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Plaintiff(s),

vs.

Defendant(s).

CIV - 0 ~~CIVIL NO.:~~ 1 8 6     ACT WPL

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record consents to have __Alan C. Torgerson__ conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment.

Signed and dated this _____ day of _____, _____.

By:_____
Atty For:_____
Printed Name:_____
Address:_____
_____Phone:_____

MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THIS CASE IS TRANSFERRED ON CONSENT TO THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CIVIL CASE WILL BE RESOLVED SOONER AND MORE INEXPENSIVELY FOR THE PARTIES.

## REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event you are unwilling to consent, sign below.

Signed and dated this 27th day of November, 2007.

By: _[signature]_
Atty For: Plaintiffs
Printed Name: Shane Youtz
Address: 900 Gold Ave SW, Albuquerque, NM 87102
Phone: (505) 244-1200

**PLEASE READ THE FOLLOWING PAGE FOR FURTHER INFORMATION**
*THIS FORM SHOULD BE ELECTRONICALLY FILED WITHIN TWENTY (20) DAYS FROM RECEIPT THEREOF*