IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY CANDELARIA and
UNITED FOOD AND COMMERCIAL WORKERS UNION,

       Plaintiff,

vs.                                  No. CV 07-1186 ACT/WPL

INTEL CORPORATION,

       Defendant.

## MINUTE ORDER

    Pursuant to refusal to consent, please be advised that the above captioned case has been reassigned from Magistrate Judge Alan C. Torgerson to U.S. District Judge John E. Conway.

    In accordance with D.N.M.LR-Civ. 10.1 `the first page of each paper must have the case file number and initials of the assigned Judges.'  Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.

    Kindly reflect this change when submitting further pleadings for this case.   CASE NUMBER <u>CV 07-1186 JC/WPL.</u>

                                              MATTHEW J. DYKMAN
                                              CLERK OF COURT

                                              _____