IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY CANDELARIA, et al.,

       Plaintiffs,

vs.                                    No. CV 07-1186 JC/WPL

INTEL CORPORATION,

       Defendant.

## **M I N U T E   O R D E R**

Please be advised that the above-captioned case has been transferred from the Honorable John E. Conway, United States District Judge, to the Honorable James O. Browning, United States District Judge.

> In accordance with D.N.M. LR-Civ. 10.1, "the first page of each paper must have the case file number and initials of the assigned Judges." Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.
>
> Kindly submit all further pleadings for the above captioned case as case number CV 07-1186 JB/WPL. PER ORDER OF THE COURT.

                                            ROBERT M. MARCH, CLERK

                                            */s/ Robert M March*
                                            _____