**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO

JAN 0 3 2008

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY CANDELARIA and UNITED FOOD )
AND COMMERCIAL WORKERS UNION, )
LOCAL 1564, on behalf of themselves and all )
others similarly situated, )
)
                      Plaintiffs, )
)
                      v. )
)
INTEL CORPORATION, )
)
                      Defendant. )

Civil Action No. 07-1186 JB-WPL

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

WHEREAS, the Complaint filed by Plaintiffs MARY CANDELARIA and UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1564 in the above-styled action alleges that Intel monopolized the worldwide market for x86 microprocessors and contains allegations that are largely identical to those in the other Complaints and in the First Amended Consolidated Complaint filed in MDL No. 05-1717 pending in the United States District Court for the District of Delaware by the plaintiffs named therein ("Class Plaintiffs") on April 28, 2006;

WHEREAS, on November 28, 2007, based on those similarities, Class Plaintiffs filed a notice with the Judicial Panel on Multidistrict Litigation identifying the above-styled action as a tag-along action to MDL No. 05-1717;

WHEREAS, no party objected to the transfer of the above-styled action to MDL No. 05-1717 with the 15-day period permitted under Rule 7.4(c), Rules of Procedure of the Judicial Panel on Multidistrict Litigation, which period expired on December 13, 2007;

WHEREAS, on December 17, 2007, Class Plaintiffs in MDL No. 05-1717 and Defendant Intel Corporation filed a stipulation in the MDL Court that sets forth the treatment of the above-styled action once the transfer of this action to the MDL Court by the Judicial Panel for Multidistrict Litigation is complete, including a stipulation that Intel's Answer to the First Amended Consolidated Complaint filed in MDL No. 05-1717 shall be deemed a complete response to the Plaintiffs' Complaint in the above-styled action;

WHEREAS, Intel's response to the Complaint in the above-styled action is currently due December 18, 2007;

NOW THEREFORE, the parties, through their respective counsel, and subject to the Order of the Court, hereby stipulate and agree that Defendant's time to respond to the Complaint filed by MARY CANDELARIA and UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1564, on behalf of themselves and all others similarly situated, is extended to February 18, 2008.

| | |
|---|---|
| **YOUTZ & VALDEZ, P.C.** | **BINGHAM McCUTCHEN LLP** |
| By/s/ Shane Youtz<br>   Shane C. Youtz<br>   Brandt Milstein<br>   900 Gold Avenue SW<br>   Albuquerque, NM 87102<br>   (505) 244-1200 - Telephone<br>   (505) 244-9700 - Facsimile<br>   shane@youtzvaldez.com | By: /s/ Richard A. Ripley<br>   Richard A. Ripley<br>   2020 K Street, N.W.<br>   Washington, D.C. 20006<br>   (202) 373-6000 - Telephone<br>   (505) 373-6001 - Facsimile<br>   richard.ripley@bingham.com |
| *Attorneys for Plaintiffs Mary Candelaria And United Food And Commercial Workers Union, Local 1564, on behalf of themselves and all others similarly situated* | *Attorneys for Defendant Intel Corporation* |

SO ORDERED, this 19th day of December, 2007.

_____
James O. Brown
U.S.D.J.