UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2007

FILED
CLERK'S OFFICE

IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST
LITIGATION

FILED
MDL No. 1717
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 4 2008

MATTHEW J. DYKMAN
CLERK

Carl Cunningham v. Intel Corp., )
   D. Maine, C.A. No. 2:07-207 )
~~Mary Candelaria, et al. v. Intel Corp.,~~ )
   D. New Mexico, C.A. No. 1:07-1186 )

CONDITIONAL TRANSFER ORDER (CTO-2)

07CV1186 JB/WPL

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 403 F.Supp.2d 1356 (J.P.M.L. 2005). Since that time, 22 additional actions have been transferred to the District of Delaware. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST
LITIGATION

MDL No. 1717

INVOLVED COUNSEL LIST (CTO-2)

Eric H. Andersen
PRICKETT JONES & ELLIOTT PA
1310 King Street
Box 1328
Wilmington, DE 19899

Brent W. Landau
COHEN MILSTEIN HAUSFELD & TOLL PLLC
One South Broad Street
Suite 1850
Philadelphia, PA 19107

Brandt Powers Milstein
YOUTZ & VALDEZ PC
900 Gold Avenue, SW
Albuquerque, NM 87102

Daniel A. Small
COHEN MILSTEIN HAUSFELD & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Robert J. Stolt
LIPMAN KATZ & MCKEE
P.O. Box 1051
Augusta, ME 04332-1051

CERTIFIED: 1/7/08
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk