# U.S. District Court
## District of New Mexico – Version 3.0 (Albuquerque)
### CIVIL DOCKET FOR CASE #: 1:07–cv–01186–JB–WPL

| | |
|---|---|
| Candelaria et al v. Intel Corporation | Date Filed: 11/21/2007 |
| Assigned to: District Judge James O. Browning | Date Terminated: 01/14/2008 |
| Referred to: Magistrate Judge William P Lynch | Jury Demand: None |
| Cause: 28:1331 Fed. Question: Anti–trust | Nature of Suit: 410 Anti–Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mary Candelaria**  represented by  **Brandt Powers Milstein**
900 Gold Avenue SW
Albuquerque, NM 87102
505–244–1200
Fax: 505–244–9700
Email: brandt@youtzvaldez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent W. Landau**
Cohen, Milstein, Hausfeld &Toll, PLLC
One South Broad Street
Suite 1850
Philadelphia, PA 19107
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Small**
Cohen, Milstein, Hausfeld &Toll, PLLC
1100 New York Ave, NW
Suite 500, West Tower
Washington, DC 20005
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Hausfeld**
Cohen, Milstein, Hausfeld &Toll, PLLC
1100 New York Ave, NW
#500 West Tower
Washington, DC 20005–3964
(202) 408–4600
Fax: 408–4699
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
Cohen, Milstein, Hausfeld &Toll, PLLC
1100 New York Ave, NW
Suite 500, West Tower
Washington, DC 20005
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shane C Youtz**
900 Gold Ave. SW
Albuquerque, NM 87102
5052441200
Email: shane@youtzvaldez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **United Food and Commercial Workers Union**<br>*Local 1564, on behalf of themselves and all others similarly situated* | represented by | **Brandt Powers Milstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brent W. Landau**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel A. Small**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael D Hausfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael P. Lehmann**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shane C Youtz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation** | represented by | **Richard A Ripley**<br>2020 K Street<br>Washington, DC 20006<br>202−373−6000<br>Fax: 202−373−6001<br>Email: richard.ripley@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | 1 | COMPLAINT against Intel Corporation ( Filing Fee – Online Payment), filed by Mary Annabelle Candelaria. (Attachments: # 1 Civil Cover Sheet)(Youtz, Shane) (Entered: 11/21/2007) |
| 11/21/2007 |   | Filing Fee Received: $ 350 receipt number 367308 re 1 Complaint filed by Mary Annabelle Candelaria (Payment made via Pay.gov)(Youtz, Shane) (Entered: 11/21/2007) |
| 11/21/2007 |   | Judge Alan C. Torgerson and William P Lynch assigned. (nm) (Entered: 11/21/2007) |
| 11/21/2007 | 2 | Letter re: Consent to Proceed before a US Magistrate Judge (nm) (Entered: 11/21/2007) |
| 11/26/2007 |   | Summons Issued as to Intel Corporation. (nm) (Entered: 11/26/2007) |
| 11/27/2007 | 3 | NOTICE of Refusal to Proceed Before US Magistrate Judge by all plaintiffs (Youtz, Shane) (Entered: 11/27/2007) |
| 11/28/2007 | 4 | ORDER REASSIGNING CASE. Case reassigned to Judge John E. Conway for all further proceedings. Judge Alan C. Torgerson no longer assigned to case (ln) (Entered: 11/28/2007) |
| 11/29/2007 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge James O. Browning for all further proceedings. Judge John E. Conway no longer assigned to case. (ln) (Entered: 11/29/2007) |
| 11/30/2007 | 6 | SUMMONS Returned Executed by United Food and Commercial Workers Union. Intel Corporation served on 11/28/2007, answer due 12/18/2007. (Youtz, Shane) (Entered: 11/30/2007) |
| 01/03/2008 | 7 | STIPULATION AND ORDER granting defendants until 2/18/2008 to respond to complaint by Judge James O. Browning (dmw) (Entered: 01/04/2008) |
| 01/14/2008 | 8 | ORDER Transfer Case to MDL Panel to the District of Delaware by MDL Clerk Jeffery Luthi (ln) (Entered: 01/14/2008) |