

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE**
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

January 17, 2008

TO:   Counsel of Record (See Attached)

RE:   IN RE: INTEL CORPORATION  MDL 05-1717 JJF

Dear Counsel:

This is to advise you that a certified copy of the Multi-District Conditional Transfer Order was docketed in this court on January 3, 2008.

The following actions have been transferred to the District of Delaware:

District of Maine
Cunningham v. Intel Corporation, CA No. 2:07cv00207

District of New Mexico
Candelaria et al. v. Intel Corporation, CA No. 1:07cv01186

The name and address of the Judge to whom this case has been assigned in this court is:

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King St., Lockbox 27
Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

Additionally, a copy of the District of Delaware's Local Rules is available on our web site at: www.ded.uscourts.gov.

Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

Sincerely,
PETER T. DALLEO, CLERK


/s/
Elizabeth Dinan
Deputy Clerk


cc:     Honorable Joseph J. Farnan, Jr.
        Counsel on Attached List

# Mailing Information for a Case 1:08-cv-00009-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brent W. Landau**
  blandau@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:08-cv-00010-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brent W. Landau**
  blandau@cmht.com

- **Brandt Powers Milstein**
  brandt@youtzvaldez.com

- **Richard A Ripley**
  richard.ripley@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:05-md-01717-JJF

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jon E. Abramczyk**
  jabramczyk@mnat.com,ddavidson@mnat.com

- **Maria Nunzio Alioto**
  malioto@tatp.com

- **Daniel B. Allanoff**
  dallanoff@mcgslaw.com

- **Donald Chidi Amamgbo**
  ndudia2003@yahoo.com

- **Scott Ames**
  scott@serratoreames.com

- **Russell M. Aoki**
  russ@aoki-sakamoto.com,lisa@aoki-sakamoto.com,salimah@aoki-sakamoto.com,robyn@aoki-sakamoto.com

- **Steven A. Asher**
  asher@wka-law.com

- **David Mark Balabanian**
  david.balabanian@bingham.com

- **Adam Balick**
  abalick@balick.com,jzielinski@balick.com

- **Gordon Ball**
  gball@ballandscott.com

- **Natalie Bennett**
  nfinkelman@classactioncounsel.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,dawn@hbsslaw.com

- **Darren B. Bernhard**
  bernhardd@howrey.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com

- **Francis A. Bottini , Jr**
  bottini@whafh.com

- **Jade Butman**
  jbutman@kellergrover.com

- **William G. Caldes**
  bcaldes@srk-law.com

- **Scott E. Chambers**
  schambers@schmittrod.com

- **Nathan Cihlar**
  ncihlar@straus-boies.com

- **P. Clarkson Collins , Jr**
  pcollins@morrisjames.com,SWilliams@morrisjames.com

- **Daniel T. Conrad**
  dtconrad@jonesday.com

- **Robert E. Cooper**
  rcooper@gibsondunn.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com

- **Jeffrey J. Corrigan**
  jcorrigan@srk-law.com

- **Frederick L. Cottrell , III**
  cottrell@rlf.com,garvey@rlf.com,cathers@rlf.com

- **Charles P. Diamond**
  CDiamond@omm.com,kami.greif@amd.com

- **Thomas P. Dove**
  tdove@furth.com

- **W. Harding Drane , Jr**
  wdrane@potteranderson.com,achin@potteranderson.com

- **Donald F. Drummond**
  ballen@drummondlaw.net

- **Vincent J. Esades**
  vesades@heinsmills.com

- **Raymond J. Farrow**
  rfarrow@kellerrohrback.com,esullivan@kellerrohrback.com

- **Steve W. Fimmel**
  stevef@hbsslaw.com

- **Nancy Fineman**
  nfineman@cpmlegal.com

- **Steven J. Fineman**
  fineman@rlf.com

- **Daniel S. Floyd**
  dfloyd@gibsondunn.com

- **Barbara C. Frankland**
  bfrankland@midwest-law.com

- **Dominick T. Gattuso**
  dgattuso@BMF-LAW.com

- **Jeffrey S. Goddess**
  jgoddess@rmgglaw.com,cwetty@rmgglaw.com

- **Robert D. Goldberg**
  goldberg@batlaw.com,Tammy@batlaw.com

- **Mary B. Graham**
  dmyers@mnat.com,mbgefiling@mnat.com

- **Jessica C. Grannis**
  jgrannis@steyerlaw.com

- **Mark A. Griffin**
  mgriffin@Kellerrohrback.com,nstephenson@kellerrohrback.com

- **Laurin Grollman**
  lgrollman@kasowitz.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Thomas E. Hanson , Jr**
  thanson@morrisjames.com

- **Lance A. Harke**
  lharke@harkeclasby.com

- **Jason S. Hartley**
  jhartley@rdblaw.com

- **Christopher B. Hockett**
  chris.hockett@bingham.com

- **James L. Holzman**
  jlholzman@prickett.com,samale@prickett.com

- **Richard L. Horwitz**
  rhorwitz@potteranderson.com,nmcmenamin@potteranderson.com,iplitigation2@potteranderson.c

- **Daniel Hume**
  dhume@kmslaw.com,btse@kmslaw.com

- **Fred T. Isquith**
  Isquith@whafh.com

- **J. Christopher Jackson**
  JCJackson@KilpatrickStockton.com

- **Michele C. Jackson**
  mjackson@lchb.com

- **Thomas R. Jackson**
  trjackson@jonesday.com

- **Richard I.G. Jones , Jr**
  rjones@ashby-geddes.com,tenglish@ashby-geddes.com

- **Keith S. Kaplan**
  kkaplan@cravath.com

- **Jeffrey F. Keller**
  jfkeller@kellergrover.com

- **Jason S. Kilene**
  jkilene@gustafsongluek.com

- **Michael L. Kirby**
  mkirby@knlh.com

- **Robert S. Kitchenoff**
  kitchenoff@wka-law.com

- **Kay E. Kochenderfer**
  kkochenderfer@gibsondunn.com

- **Jeffrey L. Kodroff**
  jkodroff@srk-law.com

- **Robert J. Kriner , Jr**
  robertkriner@chimicles.com

- **Brent W. Landau**
  blandau@cmht.com

- **George Thomas Lees , III**
  glees@rawle.com,fbuck@rawle.com

- **Michael P. Lehmann**
  mlehmann@cmht.com,czapanta@furth.com

- **Adam J. Levitt**
  levitt@whafh.com

- **Thomas G. Macauley**
  dedist@zuckerman.com

- **D. Scott Macrae**
  smacrae@bamlawlj.com

- **Lauren E. Maguire**
  lmaguire@ashby-geddes.com

- **James R. Malone , Jr**
  JamesMalone@Chimicles.com

- **Karen J. Marcus**
  kjm@ftllaw.com

- **Peter C. McMahon**
  peter@mcmahonserepca.com

- **James Gordon McMillan , III**
  jmcmillan@bmf-law.com

- **R. Bruce McNew**
  mcnew@taylormcnew.com

- **Robert Mills**
  deepbluesky341@hotmail.com

- **Daniel J. Mogin**
  dan@moginlaw.com

- **Peter E. Moll**
  Mollp@howrey.com

- **A. Zachary Naylor**
  zacharynaylor@chimicles.com,lab@chimicles.com,mem@chimicles.com,aaw@chimicles.com,lin

- **Marguerite E. O'Brien**
  mobrien@heinsmills.com

- **Ali Oromchian**
  ao@ftllaw.com

- **Ian Otto**
  iotto@straus-boies.com

- **Joseph M. Patane**
  jpatane@tatp.com

- **Jayne A. Peeters**
  jpeeters@steyerlaw.com

- **Donald L. Perelman**
  dperelman@finekaplan.com,nblakeslee@finekaplan.com

- **Kelly K Pierce**
  kkpierce@rkmc.com

- **Leslie A. Polizoti**
  lpolizoti@mnat.com

- **David Phillip Primack**
  david.primack@dbr.com,amy.kinslow@dbr.com

- **Juden Justice Reed**
  jreed@schubert-reed.com

- **Maura L. Rees**
  mrees@wsgr.com

- **Randy R. Renick**
  rrr@renicklaw.com

- **Richard A. Ripley**
  richard.ripley@bingham.com

- **Matthew W. Ruan**
  mruan@heinsmills.com

- **Kellie Safar**
  ksafar@labaton.com

- **Hollis L. Salzman**
  hsalzman@labaton.com

- **Mark A. Samuels**
  MSamuels@omm.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Francis O. Scarpulla**
  fscarpulla@zelle.com

- **Daniel B. Scott**
  dbs@chimicles.com

- **Chad Michael Shandler**
  shandler@rlf.com,pstewart@rlf.com

- **Rex A. Sharp**
  rsharp@midwest-law.com,vnoah@midwest-law.com

- **Daniel A. Small**
  dsmall@cmht.com

- **Linda J. Smith**
  lsmith@omm.com

- **Eugene A. Spector**
  espector@srk-law.com

- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com

- **Christopher G. Stuart**
  cstuart@mclawfirm.com,pcopeland@mclawfirm.com

- **Reginald Von Terrell**
  REGGIET2@aol.com

- **The Reporters Committee for Freedom of the Press**
  rcfp@rcfp.org

- **Pamela S. Tikellis**
  pamelatikellis@chimicles.com,sma@chimicles.com,amandadurham@chimicles.com,marymingle@

- **Alex C. Turan**
  aturan@furth.com

- **Patrick J. Van Zanen**
  pvanzanen@mclawfirm.com,pcopeland@mclawfirm.com

- **Richard M. Volin**
  rmv@ftllaw.com,swoosley@finkelsteinthompson.com

- **B.J. Wade**
  bwade@gewwlaw.com

- **Edward A. Wallace**
  eaw@wtwlaw.us,ecf@wtwlaw.us

- **Bruce J. Wecker**
  bwecker@hosielaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111

**Brian D. Henri**
Fry's Electronics Legal Department
(e-mail bdh@i.frys.com-undeliverable)
600 E. Brokaw Road
San Jose, CA 95112

**Sally Kesh**
Cravath Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

**Jeffery N. Luthi**
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

**Douglas A. Millen**
MDL RELATED NOTICING
UNDELIVERABLE E-MAIL
,

**Michael W. Stebbins**
Terra Law Partners
Park Center Plaza
177 Park Avenue
San Jose, CA 95113



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC FILING REGISTRATION FORM**

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL) CASES
WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: An attorney of record in a case transferred to Delaware (that is part of a Multi-District Litigation (MDL) action), who is NOT a member of the bar of this Court, may register for ECF on a case-by-case basis. Please submit an original signed registration form to the Clerk's Office to request an ECF account. Once issued, a user ID and password will be valid for electronic filing and noticing in this MDL and below noted Dist. of DE case(s) only:

(Please Print or Type all information)

MDL CAPTION:                                    DIST. OF DE
IN RE: _____                  MDL CA # _____

PARTY(IES)
RESPRESENTED: _____

_____

DELAWARE CASE(S) CA # _____


Internet E-Mail Address: _____ (Print clearly)

Last Name: _____ Generation: (e.g., Jr., Sr.) _____

First Name: _____ Middle Initial: _____

Firm's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Phone No.: _____ Do you have a PACER Account (required)?   ☐ Yes  ☐ No

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____          _____
        Signature                                   Date

| Submit completed registration form to: | **COURT USE ONLY**:   (ECF MDL Atty. Reg. Form - Rev. 2/06) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801 | DATE REGISTRATION FORM RECEIVED: _____<br><br>USER ID: _____ PASSWORD: _____<br><br>DATE ISSUED: _____ BY: _____ |
| (302) 573-6170  Web site: www.ded.uscourts.gov | E-MAIL NOTICE SENT: _____ BY: _____ |